11TH COURT OF APPEALS

EASTLAND, TEXAS

J U D G M E N T

In re Bertrand Tucker,

No. 11-13-00028-CV

\* Original Proceedings

\* January 31, 2013

\* (Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has considered relator's petition for writ of mandamus and concludes that the petition should be denied. Therefore, the petition for writ of mandamus is denied.